# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID BRASHER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D14-3031 and 4D14-4137

[March 18, 2015]

Consolidated appeal of orders denying rule 3.800 and 3.850 motions from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Matthew I. Destry, Judge; L.T. Case No. 12-15569CF10A.

David Brasher, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

Affirmed without prejudice to appellant filing a sworn and legally sufficient motion under Florida Rule of Criminal Procedure 3.801. *See Mathis v. State*, 139 So. 3d 988 (Fla. 4th DCA 2014); *Casteel v. State*, 141 So. 3d 624 (Fla. 4th DCA 2014). Thereafter, appellant can revisit the legality of his sentence. *See, e.g.*, *McLeod v. State*, 58 So. 3d 931 (Fla. 5th DCA 2011); *Lawson v. State*, 46 So. 3d 1189, 1190 (Fla. 2d DCA 2010).

WARNER, TAYLOR and MAY, JJ, concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*